AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Russell Kirk Nichols<br>*Defendant(s)* | Case No.  7:22-MJ-089 |

**FILED**
April 04, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: M. Ramirez
DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of March 30, 2022 in the county of Midland in the Western District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 751(a) | Escape from Federal Custody |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

/s/ Jeremy Waechter
*Complainant's signature*

Jeremy Waechter DUSM
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: 04/04/2022

*Judge's signature*

City and state:  Midland, Texas

Ronald C. Griffin, U.S. Magistrate Judge
*Printed name and title*